# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Frances E. Kessler, Chief Deputy
Lisa Rosenthal, Chief Deputy

Reply to Northern Division Address

November 21, 2005

Re: Maxwell v. PIMCO Funds Multi-Manager Series, et al
JFM-05-CV-2874

Dear Counsel:

The above entitled case was received and docketed in this Court on 11/07/05, having been transferred from USDC-Central District of California (Southern Division-Santa Ana).

It has been assigned to Judge J. Frederick Motz. The file number is listed above and all future questions should be referred to Claudia Gibson.

Sincerely yours,
/s/
Lawrence Shipley for
Felicia C. Cannon, Clerk

cc    All counsel/parties

NOTICE - This case is subject to electronic filing. Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov